UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL PERRINE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF KENNEWICK; KENNEWICK POLICE OFFICER CINDY BLACKMORE; KENNEWICK POLICE OFFICER JOSHUA RILEY; KENNEWICK POLICE OFFICER HOLLY BAYNES; BENTON COUNTY; ABC CORPORATIONS NOS 1-10; JOHN and JANE DOES 1-30,<br><br>    Defendants. | No. 4:17-cv-05007-SAB<br><br>**ORDER DISMISSING CASE** |

    A telephonic scheduling conference was held on this matter on August 15, 2017. Plaintiff appeared *pro se*, Joel Comfort appeared on behalf of Defendants City of Kennewick and its police officers, and Ryan Lukson appeared on behalf of Defendant Benton County. At the hearing, Plaintiff informed the Court that he wishes to dismiss this action. This Order memorializes the Court's oral ruling.

    Plaintiff filed this action on January 26, 2017 in Benton County Superior Court alleging violations of his civil rights pursuant to 42 U.S.C. § 1983. ECF No. 1-2. Defendants subsequently removed the case to this court. ECF No. 1. On

**ORDER DISMISSING CASE** +1

March 1, 2017 Plaintiff's former counsel, Jeff Johnson, filed a Motion to Withdraw as Counsel for Plaintiff, stating that newly discovered information created a breakdown of the attorney-client relationship. ECF No. 3. The Court granted the motion and Plaintiff proceeded *pro se*. ECF No. 4. At the telephonic scheduling conference held on August 15, 2017, Plaintiff informed the Court that he wishes to dismiss this action. The Court orally granted Plaintiff's motion. Accordingly, the Court dismisses the above-captioned case without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's oral motion to dismiss the above-captioned case is **GRANTED**.

2. The above-captioned case is **DISMISSED WITHOUT PREJUDICE** and without costs or fees to any party.

3. Any pending motions are **DISMISSED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and Plaintiff, and **CLOSE** this file.

**DATED** this 15th day of August, 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** +2